FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DONNA LANGLEY,

    Plaintiff,

    v.

JAMES KIDDY,

    Defendant.

No. 4:23-CV-05112-ACE

ORDER TO DISMISS WITH PREJUDICE

**BEFORE THE COURT** is Plaintiff's cause of action against Defendant James Kiddy. Plaintiff is proceeding *pro se*; Defendant Kiddy has not appeared.

On November 28, 2023, the Court reviewed the complaint and determined Plaintiff failed to state a short and plain statement of a claim showing she is entitled to relief with respect to Defendant Kiddy. *See* ECF No. 16. While the Court dismissed the Complaint *sua sponte* under Fed. R. Civ. P. 12 (b)(6), the Court afforded Plaintiff an opportunity to amend her complaint to state a claim as to Defendant Kiddy. *Id*. Plaintiff was permitted 14 days from the date of the order to submit an amended complaint; however, Plaintiff did not timely file an amended complaint or otherwise respond to the Court's order.

Accordingly, **IT IS HEREBY ORDERED** Plaintiff's action, in its entirety, is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order, provide a copy to Plaintiff, and **CLOSE THE FILE**.

DATED December 14, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1